**E-filed 10/6/06**

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ROYCE WILSON, | ) | No. C 05-3949 JF (PR) |
| Plaintiff, | ) ) | ORDER DENYING PLAINTIFF'S INCOMPLETE MOTIONS TO PROCEED IN FORMA PAUPERIS |
| vs. | ) ) | |
| CECIL BROWN, et al., | ) ) | |
| Defendants. | ) ) | (Docket nos. 2, 3) |

On September 29, 2005, Plaintiff filed the instant civil rights complaint pursuant to 42 U.S.C. § 1983 while he was a detainee at the Lake County Jail. On that same day, the Court sent a notification to Plaintiff that his in forma pauperis application was incomplete because he failed to submit a certificate of funds signed by an authorized officer at the jail and a trust account statement showing transactions for the prior six months. The Court provided a copy of the correct form for application to proceed in forma pauperis, along with a return envelope, instructions, and a notification that the case would be dismissed if Plaintiff failed to pay the fee or file the supporting documentation within thirty days.

On October 17, 2005, Plaintiff filed an incomplete in forma pauperis application because he did not include a certificate of funds signed by an authorized official at the

Order Denying Plaintiff's Incomplete Motions to Proceed in Forma Pauperis
P:\pro-se\sj.jf\cr.05\Wilson949ifpden         1

1    jail. According to Plaintiff, as of April 24, 2006 he is no longer in custody. Therefore,
2    Plaintiff's incomplete in forma pauperis applications (docket nos. 2, 3) are DENIED.
3        The Court will enclose a non-prisoner in forma pauperis application for Plaintiff to
4    complete. Plaintiff shall submit the non-prisoner in forma pauperis application **within**
5    **thirty days** of the date of this order. In the alternative, Plaintiff may pay the $250.00
6    filing fee. Plaintiff shall include with his payment a clear indication that it is for this case
7    number (C 05-3949 JF (PR)). Failure to submit the in forma pauperis application or pay
8    the filing fee within **thirty days** of the date that this order is filed shall result in the
9    dismissal of this action without prejudice.
10       IT IS SO ORDERED.
11   DATED: __10/6/06__
12                                       JEREMY FOGEL
                                    United States District Judge
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1  A copy of this ruling was mailed to the following:

2

3  Royce Wilson
P.O. Box 2523
Clearlake, CA  95422

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Order Denying Plaintiff's Incomplete Motions to Proceed in Forma Pauperis
P:\pro-se\sj.jf\cr.05\Wilson949ifpden                    3