\*\*Original filed 2/27/07\*\*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ROYCE WILSON, | ) | No. C 05-3949 JF (PR) |
| | ) | |
| Plaintiff, | ) | ORDER GRANTING |
| | ) | PLAINTIFF A FINAL |
| vs. | ) | EXTENSION OF TIME TO |
| | ) | COMPLETE APPLICATION |
| CECIL BROWN, et al., | ) | TO PROCEED IN FORMA |
| | ) | PAUPERIS |
| Defendants. | ) | |
| | ) | |

On September 29, 2005, Plaintiff filed the instant civil rights complaint pursuant to 42 U.S.C. § 1983 while he was a detainee at the Lake County Jail. On that same day, the Court sent a notification to Plaintiff that his in forma pauperis application was incomplete because he failed to submit a certificate of funds signed by an authorized officer at the jail and a trust account statement showing transactions for the prior six months. The Court provided a copy of the correct form for application to proceed in forma pauperis, along with a return envelope, instructions, and a notification that the case would be dismissed if Plaintiff failed to pay the fee or file the supporting documentation within thirty days.

On October 17, 2005, Plaintiff filed an incomplete in forma pauperis application because he did not include a certificate of funds signed by an authorized official at the

1  jail.  Plaintiff notified the Court that as of April 24, 2006, he was no longer in custody.

2        On October 6, 2006, the Court denied Plaintiff's incomplete in forma pauperis
3  applications and directed Plaintiff to submit the non-prisoner in forma pauperis
4  application within thirty days.  In the alternative, the Court noted that Plaintiff may pay
5  the $250.00 filing fee.  The Court warned Plaintiff that failure to submit the in forma
6  pauperis application or pay the filing fee within thirty days would result in the dismissal
7  of this action without prejudice.

8        On January 26, 2007, Plaintiff filed a response to the Court's order stating that the
9  jail staff would not complete his certificate of funds document.  The Court notes that
10 Plaintiff has not submitted a completed in forma pauperis application as of the date of this
11 order.  Accordingly, the Court will grant Plaintiff a final extension of time to submit his
12 application to proceed in forma pauperis.  It is unclear whether Plaintiff is currently in
13 custody, therefore the Court will provide Plaintiff with a non-prisoner in forma pauperis
14 application and a prisoner in forma pauperis application.  The Court requests that jail
15 officials provide Plaintiff with a certificate of funds to verify his prisoner trust account
16 statement and complete his in forma pauperis application.

17       **Within thirty days** of the date of this order, Plaintiff shall submit the appropriate
18 in forma pauperis application.  Failure to submit the in forma pauperis application or pay
19 the filing fee within thirty days will result in the dismissal of this action without prejudice
20 for failure to pay the filing fee or submit a completed in forma pauperis application.

21       IT IS SO ORDERED.

22 DATED: 2/23/07

                                       JEREMY FOGEL
23                                        United States District Judge

Order Granting Plaintiff a Final Extension of Time to Complete Application to Proceed in Forma Pauperis
P:\pro-se\sj.jf\cr.05\Wilson949ifpext  2

1  A copy of this ruling was mailed to the following:

2

3  Royce Wilson
   #44680
   4913 Helbush Drive
4  Lakeport, CA  95453

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Order Granting Plaintiff a Final Extension of Time to Complete Application to Proceed in Forma Pauperis
P:\pro-se\sj.jf\cr.05\Wilson949ifpext                    3