NOT FOR CITATION

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| ROYCE CORNELL WILSON, | ) | No. C 05-3949 JF (PR) |
| | ) | |
| Plaintiff, | ) | **ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME** |
| | ) | |
| vs. | ) | |
| | ) | |
| CECIL BROWN, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | (Docket No. 28) |

Plaintiff, a California state prisoner proceeding pro se, filed the instant civil rights action under 42 U.S.C. § 1983, alleging that Defendants Lake County Jail officials violated his First and Fourteenth Amendment rights.  Defendants have moved for summary judgment on the ground that Plaintiff failed to properly exhaust administrative remedies before filing in federal court.  Plaintiff's opposition was due on September 26, 2008.

Plaintiff moves for extension of time to file opposition to Defendants' motion for summary judgment.  The Court concludes that Plaintiff has shown good cause for such

Order Granting Plaintiff's Motion for Extension of Time
G:\Pro-Se\SJ.JF\CR.05\Wilson949.ext.md         1

1  extension.  Accordingly, Plaintiff's request for extension of time to file opposition to
2  Defendants' motion for summary judgment (Docket No. 28) is GRANTED.  Plaintiff shall file
3  opposition on or before **October 31, 2008**.
4      **IT IS SO ORDERED.**
5  DATED:  9/30/08

         JEREMY FOGEL
6        United States District Judge

Order Granting Plaintiff's Motion for Extension of Time
G:\Pro-Se\SJ.JF\CR.05\Wilson949.ext.md          2